IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK HARVEY,<br>    Petitioner, | : |
| v. | :   CIVIL ACTION<br>    NO. 14-139 |
| LOUIS FOLINO, et al.,<br>    Respondents. | : |

**O R D E R**

AND NOW, this 16th day of September, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Dkt No. 7), IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's petition for a writ of habeas corpus is STAYED and held in ABEYANCE pending the resolution of <u>Songster v. Sec. Pa. Dept. of Correct.</u>, No. C.A. 12-3941.

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ CDJ
C. Darnell Jones, II      J.